United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN MECHAM, | No. C-11-04393 (DMR) |
| Plaintiff(s), | **ORDER WITHDRAWING NOTICE OF REMOVAL AND REMANDING CASE TO STATE COURT** |
| v. | |
| AMERICAN OIL CO, | |
| Defendant(s). | |

Having read the parties' stipulation, the court hereby ORDERS United Technologies Corporation's Notice of Removal withdrawn and remands this case to the Alameda Superior Court.

IT IS SO ORDERED.

Dated: September 15, 2011

_____
DONNA M. RYU
United States Magistrate Judge